

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00380-CR

JOSEPH LYNN LUCAS                                          APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Joseph Lynn Lucas pleaded guilty pursuant to a plea bargain to driving while intoxicated–felony repetition. The trial court sentenced Lucas to ten years' confinement, but suspended imposition of the sentence and placed Lucas on community supervision for ten years. The State subsequently filed a petition to revoke Lucas's probated sentence, alleging that he had violated several terms and conditions of his community supervision. Lucas pleaded true to each of the

---

[1]*See* Tex. R. App. P. 47.4.

State's allegations, and the trial court revoked Lucas's community supervision and sentenced him to ten years' confinement.

Lucas's court-appointed appellate counsel has filed a motion to withdraw as counsel and a brief in support of that motion. In the brief, counsel avers that in his professional opinion, this appeal is frivolous. Counsel's brief and motion meet the requirements of *Anders v. California*[2] by presenting a professional evaluation of the record demonstrating why there are no arguable grounds for relief. *See Mays v. State*, 904 S.W.2d 920, 922–23 (Tex. App.—Fort Worth 1995, no pet.). Lucas filed a pro se response to the *Anders* brief. The State did not file a brief.

Once an appellant's court-appointed counsel files a motion to withdraw on the ground that the appeal is frivolous and fulfills the requirements of *Anders*, we are obligated to undertake an independent examination of the record to see if there is any arguable ground that may be raised on his behalf. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *Mays*, 904 S.W.2d at 923. Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).

We have carefully reviewed the record, counsel's brief, and Lucas's response. We agree with counsel that the appeal is wholly frivolous and without merit. We find nothing in the record that might arguably support the appeal. *See*

---

[2]386 U.S. 738, 87 S. Ct. 1396 (1967).

*Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005). Consequently, we grant the motion to withdraw and affirm the trial court's judgment.


                                        BILL MEIER
                                        JUSTICE

PANEL: DAUPHINOT, GARDNER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 21, 2012